**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **TERRA BINGHAM,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | **CIVIL ACTION NO. 6:16-cv-00310-RP-JCM** |
| | § | |
| **ALLSTATE TEXAS LLOYD'S** | § | |
| | § | |
| **Defendant.** | § | |

## NOTICE OF SETTLEMENT

The Parties have reached a settlement in this case.  The Parties anticipate that they will finalize the settlement in the next 30 days, and that they will submit an Agreed Stipulation of Dismissal with Prejudice by December 9, 2016, or as otherwise directed by the Court.  Due to the settlement of the case, the parties ask that the action, including any upcoming deadlines, be abated, to ensure adequate time for the parties to sign releases.

Respectfully submitted,

/s/ *Eric K. Bowers*
Roger D. Higgins
State Bar No. 9601500
Eric K. Bowers
State Bar No. 24045538
THOMPSON, COE, COUSINS & IRONS, L.L.P.
Plaza of the Americas,
700 N. Pearl Street, Twenty-Fifth Floor
Dallas, Texas 75201-2832
Telephone:  (214) 871-8256
Telecopy:  (214) 871-8209
rhiggins@thompsoncoe.com
ebowers@thompsoncoe.com

**ATTORNEYS FOR DEFENDANT**

## <u>CERTIFICATE OF SERVICE</u>

On November 10, 2016, a true and correct copy of this document was duly served pursuant to the Federal Rules of Civil Procedure upon Plaintiff's attorney of record.

Jesse S. Corona
THE CORONA LAW FIRM, PLLC
2611 Cypress Creek Parkway
Suite H-200
Houston, Texas  77068
Telephone:  (281) 882.3531
Facsimile: (713) 678-0613
Jesse@theCoronaLawfirm.com

**ATTORNEY FOR PLAINTIFF**

/s/ *Eric K. Bowers*
Eric K. Bowers